FILED:   April 5, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1270 (L)
(5:15-cv-00156-D)

_____

RALEIGH WAKE CITIZENS ASSOCIATION; JANNET B. BARNES;
BEVERLEY S. CLARK; WILLIAM B. CLIFFORD; BRIAN FITZSIMMONS;
GREG FLYNN; DUSTIN MATTHEW INGALLS; AMY T. LEE; ERWIN
PORTMAN; SUSAN PORTMAN; JANE ROGERS; BARBARA
VANDENBERGH; JOHN G. VANDENBERGH; AMYGAYLE L. WOMBLE;
PERRY WOODS,

   Plaintiffs - Appellants,

  v.

WAKE COUNTY BOARD OF ELECTIONS,

   Defendant - Appellee,

 and

CHAD BAREFOOT, in his official capacity as Senator and primary sponsor of
SB 181; PHILLIP E. BERGER, in his official capacity as President Pro Tempore
of the North Carolina Senate; TIM MOORE, in his official capacity as Speaker of
the North Carolina House of Representatives,

   Defendants.

_____

No. 16-1271
(5:13-cv-00607-D)

_____

CALLA WRIGHT; WILLIE J. BETHEL; AMY T. LEE; AMYGAYLE L. WOMBLE; JOHN G. VANDENBERGH; BARBARA VANDENBERGH; AJAMU G. DILLAHUNT; ELAINE E. DILLAHUNT; LUCINDA H. MACKETHAN; WILLIAM B. CLIFFORD; ANN LONG CAMPBELL; GREG FLYNN; BEVERLEY S. CLARK; CONCERNED CITIZENS FOR AFRICAN-AMERICAN CHILDREN, d/b/a Coalition of Concerned Citizens for African-American Children; RALEIGH WAKE CITIZENS ASSOCIATION,

        Plaintiffs - Appellants,

v.

WAKE COUNTY BOARD OF ELECTIONS,

        Defendants - Appellees,

STATE OF NORTH CAROLINA,

        Defendant.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to expedite appeal for briefing and oral argument, the court grants the motion.

These consolidated cases are calendared for oral argument on May 9, 2016 at 2:00 p.m. and the clerk is directed to establish an appropriate expedited briefing schedule.

        For the Court

        /s/ Patricia S. Connor, Clerk